# United States Court of Appeals

### For the Eighth Circuit

_____

No. 18-1344

_____

Bennett-Charles Formanack

*Plaintiff - Appellant*

v.

Stillwater Towing Inc.; Richard J. Ritzer; Michelle Ritzer; Kevin Last Name Unknown

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: October 17, 2018
Filed: October 24, 2018
[Unpublished]

_____

Before LOKEN, BENTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

In this diversity action, Bennett-Charles Formanack seeks to appeal after the district court[1] dismissed his complaint for lack of subject-matter jurisdiction, and

---

[1]The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.

denied his postjudgment motions. After careful review, we dismiss the appeal for lack of appellate jurisdiction, because Formanack's notice of appeal did not designate the order, judgment, or part thereof that he was appealing. <u>See</u> Fed. R. App. P. 3(c)(1)(B) (notice of appeal must designate judgment, order, or part thereof being appealed); <u>Smith v. Barry</u>, 502 U.S. 244, 248 (1992) (Rule 3 requirements are jurisdictional). We also deny as moot Formanack's pending motion to suppress.

———————————————